UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

ERIC SCOFIELD NIELSEN and                    Case No.: 3:13-bk-02052-PMG

ELAINE GARDNER NIELSEN,                       Chapter 7

Debtors.

_____/

TRUSTEE'S NOTICE OF INTENT TO
SELL PROPERTY OF THE ESTATE AT PRIVATE SALE

---

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date set forth on the proof of service attached to this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman LLP, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202; Gordon P. Jones, Chapter 7 Trustee, Post Office Box 600459, Jacksonville, FL 32260-0459; and United States Trustee, George C. Young Federal Building, 400 W. Washington Street, Suite 1100, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the objection and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, Gordon P. Jones (the "Trustee") will sell at private sale the Estate's interest in the following described property:

> 1969 Chevrolet El Camino in the amount of $7,500, less applicable exemptions, for **$2,500**; 2006 Honda Civic EX (VIN 1HGFA16866L021504) in the amount of $8,300, less applicable lien in the amount of $5,300, for **$3,000**; various household goods and furnishings in the amount of $3,000, less applicable exemptions, for **$200**.

{28055869;1}

The sale shall be to Eric S. Nielsen and Elaine G. Nielsen (the "Debtors") for $5,700, payable within sixty (60) days of the date of this Notice, by check payable to Gordon P. Jones, Trustee, and mailed to the Trustee at Post Office Box 600459, Jacksonville, Florida 32260-0459.

**Furthermore, the Debtors shall forthwith provide the Trustee proof that the tangible personal property and motor vehicle, if applicable, are insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue until the sale contemplated under this Notice is finalized.**

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one-day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one-day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

Accepted and Agreed to:

Eric S. Nielsen                              2/10/2014
_____                      _____
Eric S. Nielsen                              Date

Elaine G. Nielsen                            2/10/2014
_____                      _____
Elaine G. Nielsen                            Date

{28055869.1}

Dated: February 11, 2014.                    AKERMAN LLP

                                             By:/s/ Jacob A. Brown
                                                 Jacob A. Brown
                                                 Florida Bar No.: 0170038
                                                 Email: jacob.brown@akerman.com
                                                 Katherine C. Fackler
                                                 Florida Bar No.: 0068549
                                                 Email: katherine.fackler@akerman.com
                                                 50 North Laura Street, Suite 3100
                                                 Jacksonville, FL  32202
                                                 Telephone:  (904) 798-3700
                                                 Facsimile:  (904) 798-3730

                                             Attorneys for Gordon P. Jones, Chapter 7 Trustee


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or by United States mail, postage prepaid and properly addressed, this 11th day of February, 2014, to:

Eric Scofield Nielsen                        Gordon P. Jones, Chapter 7 Trustee
Elaine Gardner Nielsen                       P.O. Box 600459
424 Port Royal Blvd                          Jacksonville, FL 32260-0459
Satellite Beach, FL 32937

Keith L. Maynard, Esq.                       United States Trustee - JAX 7
Wood, Atter & Wolf, P.A.                      George C. Young Federal Building
333-1 East Monroe Street                     400 West Washington Street, Suite 1100
Jacksonville, FL 32202                        Orlando, FL 32801

and all parties on the attached mailing matrix.

                                             /s/ Jacob A. Brown
                                             Attorney

{28055869;1}

Label Matrix for local noticing
113A-3
Case 3:13-bk-02052-PMG
Middle District of Florida
Jacksonville
Tue Feb 11 12:49:17 EST 2014

Fifth Third Bank
Offices of Daniel C. Consuegra
9204 King Palm Drive
Tampa, Fl 33619-1328

Peter Mocke
Fleming & Company, LLC
11636 Davis Creek Rd., E.
Jacksonville, FL 32256-3018

Elaine Gardner Nielsen
424 Port Royal Blvd
Satellite Beach, FL 32937-3838

Eric Scofield Nielsen
424 Port Royal Blvd
Satellite Beach, FL 32937-3838

SUNTRUST MORTGAGE, INC.
Florida Foreclosure Attorneys, PLLC
c/o Frank J. Gomez, Esquire
4855 Technology Way, Suite 500
Boca Raton, FL 33431-3352

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express Travel Related Services
Company, Inc.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American InfoSource as agent for
InSolve Recovery, LLC
as assignee of GE Capital Retail Bank
PO Box 269093
Oklahoma City, OK  73126-9093

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Cardmember Services
PO Box 791278
Baltimore, MD 21279-1278

(p)CASCADE COLLECTIONS INC
1375 13TH ST SE
SALEM OR 97302-2511

Chase
PO Box 15298
Wilmington, DE 19850-5298

City of Jacksonville
117 West Duval Street Ste. 480
Jacksonville, FL 32202-5721

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

FIA CARD SERVICES
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

FIA CARD SERVICES, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

Fifth Third Bank
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243-4652

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

GEMB
PO Box 960061
Orlando, FL 32896-0061

GEMB
PO Box 960080
Orlando, FL 32896-0080

GEMB
PO Box 960090
Orlando, FL 32896-0090

Goodyear Tire Company
Processing Center
Des Moines, IA 50364-0001

Home Depot
PO Box 653000
Dallas, TX 75265-3000

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Jared Galleria of Jewelry
PO Box 1799
Akron, OH 44309-1799

Jared Galleria of Jewelry
PO Box 740425
Cincinnati, OH 45274-0425

Kohl's
PO Box 2983
Milwaukee, WI 53201-2983

Macy's
PO Box 183083
Columbus, OH 43218-3083

Main Street Acquisition Corp., assignee
of CHASE BANK USA, N. A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Orlando Sentinel
PO Box 9001156
Louisville, KY 40290-1156

Riverside National Bank of F
PO Box 400
Fort Pierce, FL 34954-0400

Suntrust Consumer Loans
PO Box 305053
Nashville, TN 37230-5053

TD Bank N.A.
ATTN: Philip McCormack
P.O. Box 9547
Portland, ME 04112-9547

Gordon P. Jones +
P O Box 600459
Jacksonville, FL 32260-0459

United States Trustee - JAX 13/7 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Ashley Sigrist +
Law Offices of Daniel C Consuegra, PL
9204 King Palm Drive
Tampa, FL 33619-8331

Midland Funding LLC
By its authorized agent Recoser, LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears
PO Box 6282
Sioux Falls, SD 57117-6282

Suntrust Mortgage
PO Box 79041
Baltimore, MD 21279-0041

Target National Bnak
PO Box 660170
Dallas, TX 75266-0170

Jacob A Brown +
Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

Keith L Maynard +
Wood, Atter & Wolf, P.A.
333-1 East Monroe Street
Jacksonville, FL 32202-2834

OSU Federal Credit Union
PO Box 306
Corvallis, OR 97339-0306

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

SunTrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

TD BANK USA, N.A.
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

Miriam G Suarez +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Frank Jose Gomez +
Florida Foreclosure Attorneys, PLLC
4855 Technology Way, Suite 500
Boca Raton, FL 33431-3352

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cascade Collections Inc
POB 3166
Salem Or 97302

Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Stockton Real Estate                (d)Gordon P. Jones +              (d)Gordon P. Jones +
                                       P O Box 600459                   P.O. Box 600459
                                       Jacksonville, FL 32260-0459      Jacksonville, FL 32260-0459



End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54